James Cameron, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

### 28724. GUDE v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 7, 1974.

Frederick L. Gude, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

### 28725. FISHER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 7, 1974.

Robert Willie Fisher, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

### 28456. HUDSON v. AULT.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*